UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| MICHAEL FRANK LANGE, | ) | |
| | ) | |
| Petitioner, | ) | 2:05-cv-0146 JWS |
| | ) | |
| vs. | ) | ORDER FROM CHAMBERS |
| | ) | |
| JUDY L. FRIGO, *et al.*, | ) | [Re: Report and Recommendation |
| | ) |         at Docket 10] |
| Respondents. | ) | |
| | ) | |

## I.  MATTER PRESENTED

Before the court is a report and recommendation filed by Magistrate Judge Velasco at docket 10 in which the magistrate judge recommends dismissing petitioner's petition for a Writ of Habeas Corpus.  Petitioner has not filed an objection to the report and recommendation.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo* findings

---

[1] 28 U.S.C. § 636(b)(1).

of fact[2] and conclusions of law and to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  DISCUSSION

Having reviewed the report and recommendation according to the standard articulated above, the court **ACCEPTS** it.  Petitioner's petition is **DENIED** and **DISMISSED**.

DATED at Anchorage, Alaska, this 22nd day of June, 2006.

                                                               _____/s/_____
                                                                JOHN W. SEDWICK
                                                    UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *Barilla v. Ervin,* 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.,* 77 F.3d 1170, 1174 (9th Cir. 1996).

[4] *Taberer v. Armstrong World Indus., Inc.,* 954 F.2d 888, 906 (3d Cir. 1992).